

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-30-2009

# Jay Doroshow v. Hartford Life and Accident Ins

Precedential or Non-Precedential: Precedential

Docket No. 08-2836

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Jay Doroshow v. Hartford Life and Accident Ins" (2009). *2009 Decisions.* Paper 878.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/878

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-2836

JAY DOROSHOW,

Appellant.

v.

HARTFORD LIFE AND ACCIDENT INSURANCE CO.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-08-cv-00259)
District Judge: Honorable Robert F. Kelly

Argued on February 3, 2009

Before: RENDELL, JORDAN and ROTH, <u>Circuit Judges</u>.

(Opinion filed on July 30, 2009)

Scott I. Fegley, Esquire **(Argued)**
Suite 402 A
301 Oxford Valley Road
Makefield Executive Quarters
Yardley, PA    19067

Counsel for Appellant

Brian P. Downey, Esquire **(Argued)**
Pepper Hamilton, LLP
One Keystone Plaza, Suite 200
North Front and Market Streets
P. O. Box 1181
Harrisburg, PA   17108-1181

Stacey I. Gregory, Esquire
Pepper Hamilton, LLP
18th & Arch Streets
3000 Two Logan Square
Philadelphia, PA   19103

            Counsel for Appellee

**ROTH,** Circuit Judge**:**

## ORDER AMENDING SLIP OPINION

**IT IS ORDERED** that the published Opinion in the above case, filed on

July 30, 2009, be amended as follows:

**On page 5**, delete the following paragraph:

Following this test, Doroshow visited Leo McCluskey, M. D., and ALS specialist, on July 27, 2005.  Dr. McClusky wrote that "Doroshow demonstrates evidence of a lower motor neuron process affecting his right leg"  and that "[h]e has no upper motor neuron signs."  Accordingly, Dr. McClusky felt that "[t]hese are features that do not support the diagnosis of amyotropic lateral sclerosis or a progressive motor neuron disorder."  Doroshow was under Dr. McClusky's treatment for motor neuron disease between April 1, 2000, and June 30, 2006.  Dr. McClusky was ultimately the doctor who diagnosed Doroshow with ALS on May 15, 2007.

and **replace it with**:

Following this test, Doroshow visited Leo McCluskey, M. D., and ALS specialist, on July 27, 2005.  Dr. McCluskey wrote that "Doroshow demonstrates evidence of a lower motor neuron process affecting his right leg"  and that "[h]e has no upper motor neuron signs." Accordingly, Dr. McCluskey felt that "[t]hese are features that do not

support the diagnosis of amyotropic lateral sclerosis or a progressive motor neuron disorder." Doroshow was under Dr. McCluskey's treatment for motor neuron disease between April 1, 2000, and June 30, 2006. Dr. McCluskey was ultimately the doctor who diagnosed Doroshow with ALS on May 15, 2007.

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: July 30, 2009
smw/cc:     Scott I. Fegley, Esq.
            Brian P. Downey, Esq.
            Stacey I. Gregory, Esq.